UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 2:24cr87
                                  )
MICHAEL LEE COREY MALONE,         )
                                  )
                Defendant.        )

**MOTION TO WITHDRAW AS COUNSEL AND DEFENDANT'S
MOTION FOR SELF-REPRESENTATION**

Andrew W. Grindrod and the Office of the Federal Public Defender ("FPDO"), counsel for defendant Michael Malone, respectfully move this Honorable Court for leave to withdraw as counsel of record for Mr. Malone based on Mr. Malone's desire to represent himself. Mr. Malone also respectfully moves for the entry of an order granting the defendant leave to represent himself.

\*       \*       \*

At least since *Faretta v. California*, 422 U.S. 806 (1975), a criminal defendant's constitutional right to self-representation has been well established. *See United States v. Bernard*, 708 F.3d 583, 588 (4th Cir. 2013) (observing the "fundamental tenet that a criminal defendant has a Sixth Amendment right to self-representation"). In addition, the right to self-representation is codified in 28 U.S.C. § 1654, which states, "In all courts of the United States the parties may plead and conduct their own cases personally . . . ." At the heart of the defendant's right to represent himself is the right to conduct his defense as he sees fit, to "present his case in his own way." *McKaskle v. Wiggins*, 465 U.S. 168, 177 (1984). Accordingly, "the *pro se* defendant is entitled to preserve actual control over the case he chooses to present to the jury." *Id*. at 178.

Because the right to self-representation is mutually exclusive of the right to counsel guaranteed by the Sixth Amendment, the Supreme Court in *Faretta* set forth a test to ensure those

1

who elect self-representation are competent to make that decision and understand the trade-offs involved. *See United States v. Bush*, 404 F.3d 263, 270 (4th Cir. 2005) (discussing *Faretta* test). To be effective, "[a]n assertion of the right of self-representation . . . must be (1) clear and unequivocal; (2) knowing, intelligent and voluntary; and (3) timely." *United States v. Frazier-El*, 204 F.3d 553, 558 (4th Cir. 2000).

Mr. Malone wishes to proceed *pro se*, and to do so without the assistance of undersigned counsel. Mr. Malone's assertion of his desire to represent himself is clear and unequivocal. *Cf. Frazier-El*, 204 F.3d at 558 (contrasting such assertions against vacillation and "occasional musings on the benefits of self-representation") (quoting *United States v. Arlt*, 41 F.3d 516, 519 (9th Cir. 1994)). Mr. Malone has instructed undersigned counsel to represent to the Court that he wishes to represent himself because undersigned counsel is not representing him within his best interests and because there has been conflict between attorney and client over plea negotiations and differences of opinion as to trial defense theories.

Mr. Malone also noted that he would object to the FPDO's continued involvement in the case as standby counsel because Mr. Malone feels there is a conflict of interest because Mr. Grindrod is not pursuing Mr. Malone's best interests and because of differences of opinions as to witnesses, trial theory, and how to present his case.

Defense counsel contacted counsel for the United States who advised that the United States takes no position on this motion but respectfully requests that the Court hold a formal *Faretta* hearing.

WHEREFORE, undersigned counsel respectfully requests that he and the FPDO be granted leave to withdraw as Mr. Malone's counsel, and Mr. Malone moves for the entry of an order allowing him to represent himself at this stage of the proceedings and at sentencing.

Respectfully submitted,

MICHAEL LEE COREY MALONE

By:  _____/s/_____

Andrew W. Grindrod
Virginia State Bar No. 83943
Office of the Federal Public Defender
500 E. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: (757) 457-0800
Telefax: (757) 457-0880
Email: andrew_grindrod@fd.org